1  THOMAS E. FRANKOVICH (State Bar #074414)
   AMANDA LOCKHART (State Bar #289900)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  702 Mangrove Avenue, #304
   Chico, CA 95926
4  Telephone: (415) 389-8600
   Email: alockhart@disabilitieslaw.com
5
   Attorney for Plaintiff
6
7
                       UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9
10  JEANETTE BROWN,              )   CASE NO. 1:17-cv-00913-RMI
                                 )
11                               )
                                 )
12       Plaintiff,               )   **NOTICE OF WITHDRAWAL OF**
                                 )   **COUNSEL**
13  v.                           )
                                 )
14                               )
    SONOMA COUNTY LAND           )
15  COMPANY, *et al.*            )
                                 )
16       Defendants.             )
                                 )
17

18
    **To the Court, all Parties, and their attorneys of record:**
19
         Attorney Amanda Lockhart hereby withdraws as counsel for all Plaintiff Jeanette Brown.
20
    Ms. Lockhart has accepted a position at another firm and will no longer work for The
21
    Frankovich Group or on behalf of Plaintiff Jeanette Brown.
22

23

24  Dated: August 6, 2018          THOMAS E. FRANKOVICH, APLC
                                   *A PROFESSIONAL LAW CORPORATION*
25

26                                 By:    /s/ Amanda Lockhart
                                   Amanda Lockhart
27                                 Attorneys for Plaintiff

28

Notice                                                              Case No. 17-00913