UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEANETTE BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SONOMA COUNTY LAND COMPANY d/b/a EVERGREEN VILLAGE, READ INVESTMENTS, LLC,<br><br>　　　　　Defendants. | Case No. 17-cv-00913-RMI<br><br>**ORDER** |
| JEANETTE BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SONOMA COUNTY LAND COMPANY d/b/a EVERGREEN VILLAGE, READ INVESTMENTS, LLC, and E. RICHARD THOMAS, an individual,<br><br>　　　　　Defendants. | Case No. 18-cv-02699-RMI |

On July 1, 2019, Plaintiff filed a Motion to Substitute Penny Cutting for Plaintiff Jeanette Brown (the "Motion") based on Ms. Brown's death approximately three weeks earlier. (dkts. 60-63). The Motion noticed a hearing for August 13, 2019 at 10:00 a.m. before the undersigned. *Id*. However, Plaintiff's counsel did not appear at the hearing. The court has questions regarding the Motion, including which claims survive Ms. Brown's death. *See Barria v. Yu*, No. 08-CV-0908 BEN (CAB), 2010 WL 2653322, at *1–2 (S.D. Cal. July 1, 2010). In addition, at the hearing, counsel for Defendant Read Investments, LLC raised questions regarding whether Ms. Cutting is

the "proper party" for substitution. Furthermore, Read Investments filed notices of death for Ms. Brown and Plaintiff Norma Lowe on July 17, 2019. *See Brown v. Sonoma Cty. Land Co.*, No. 18-cv-02699-RMI (N.D. Cal. 2018) (dkts. 42 & 43). Accordingly, the parties are hereby ordered to meet and confer regarding the status of Plaintiffs and are directed to file a joint statement and/or proposed order regarding substitution of all deceased Plaintiffs no later than September 15, 2019. In addition, the parties must include a list of three proposed dates for mediation.

**IT IS SO ORDERED.**

Dated: August 15, 2019

ROBERT M. ILLMAN
United States Magistrate Judge