UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEANETTE BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SONOMA COUNTY LAND COMPANY, et al.,<br><br>    Defendants. | Case No. 17-cv-00913-RMI<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE**<br><br>Re: Dkt. No. 84 |

On January 24, 2020, Plaintiffs and Defendant Read Realty Management, LLC filed a Stipulation for Dismissal and Proposed Order (dkt. 82) requesting "through their respective counsel of record, that the above-captioned actions be dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." The court granted the Stipulation (dkt. 83) and entered Judgment (dkt. 84). On January 28, 2020, the parties appeared at a previously scheduled case management conference and explained that the Stipulation was meant to only apply to Plaintiffs and Defendant Read Realty Management, LLC, and that Plaintiffs, Defendants Sonoma County Land Company and E. Richard Thomas remain active parties to the case. Thus, the court vacates the Judgment (dkt. 84) entered on January 27, 2020 and orders the Clerk of Court to reopen the case.

**IT IS SO ORDERED.**

Dated: January 29, 2020

ROBERT M. ILLMAN
United States Magistrate Judge