UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEANETTE BROWN, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>SONOMA COUNTY LAND COMPANY, *et al.*,<br><br>  Defendants. | Case Nos. 17-cv-00913, 18-cv-02699-RMI<br><br>**ORDER DISMISSING STATE-LAW CLAIMS; AND, SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S ATTORNEYS' FEES REQUEST** |

For the reasons stated in this court's Order of April 15, 2022 (*see* dkt. 108 in Case No. 17-cv-00913RMI; *see also* dkt. 100 in Case No. 18-cv-02699) there court hereby declines to exercise supplemental jurisdiction over Plaintiffs' state-law claims. Accordingly, those claims are **DISMISSED**. If Plaintiffs so desire, they are free to file those claims in state court. In light of the dismissal of Plaintiffs' state-law claims, and given the fact that all equitable issues related to the remaining federal claims have been resolved by written agreement, and given also that all conditions of the agreement have been performed and completed (*see* Second Supp. Status Rep. (dkt. 106) at 4) (Filed in Case No. 18-cv-02699-RMI), the court finds that there are no outstanding issues to be adjudicated other than the matter of Plaintiffs' attorney's fees.

In that regard, the court declines to re-refer the matter to another settlement judge for further settlement proceedings regarding the subject of attorney's fees. If the Parties so wish, they can either request a further settlement conference with Judge Cousins or they can venture to resolve the matter independently. Failing a stipulated resolution, Plaintiffs' opening brief on the entitlement to attorney's fees, their amount, and the justifications therefor shall be due to be filed no later than Monday, August 22, 2022. Defendants' responsive brief shall be due to be filed no

later than Tuesday, September 6, 2022. Plaintiffs' reply, if they elect to file one, shall be due to be filed no later than Tuesday, September 13, 2022. Plaintiffs are **ORDERED** to ensure that their opening brief is filed in compliance with this district's Local Rules regarding motions for attorneys' fees (such that the motion includes sufficient documentation to allow a reasonableness determination as to the hourly rate and the number of hours expended). *See* Civ. L.R. 54-5.

**IT IS SO ORDERED.**

Dated: July 7, 2022

ROBERT M. ILLMAN
United States Magistrate Judge